# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**
*ex rel.*, **NANCY BURNETTE**                                                                 **PLAINTIFF**

**VS.**                                         **4:15-CV-00333-BRW**

**PATHFINDER, INC.**                                                                          **DEFENDANT**

## ORDER

The United States has decided not to intervene in this case. Accordingly, Relator Nancy Burnette may proceed with the action. The Clerk of the Court is directed to unseal the Complaint and the United States' Notice of Election to Decline to Intervene, both of which Relator is free to serve on Defendant. All other case information and documents filed before this Order remain sealed and should not be served on Defendant. Copies of all future pleadings filed, and orders entered, in this case should be sent to the United States.

Upon request by the United States, the parties are directed to provide the United States with copies of transcripts to depositions taken in this case (at the United States' expense).[1] If the United States wishes to intervene at a later date, it must file a motion and show good cause.[2] Relator may not seek a voluntary dismissal of this action without the Attorney General's written consent.[3]

IT IS SO ORDERED this 17th day of November, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See 31 U.S.C. § 3730(c)(3).

[2] *Id.*

[3] See 31 U.S.C. § 3730(b)(1); see also, *U.S. v. Health Possibilities, P.S.C.*, 207 F.3d 335, 344 (6th Cir. 2000).